# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STYKU, LLC., a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIT3D, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | CASE NO. 2:17-cv-01882-AB(KSx)<br><br>Hon. André Birotte, Jr.<br>Courtroom 7B – West 1st Street<br><br><br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| FIT3D, INC., a Delaware corporation,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>STYKU, LLC., a California limited liability company,<br><br>　　　　Counterdefendant. | [Filed concurrently with Joint Stipulation to Dismiss] |

1     IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties, this matter is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

DATED: 5/13/2019

*[signature]*

Honorable André Birotte, Jr.
United States District Court Judge